IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


VARIABLE ANNUITY LIFE INSURANCE COMPANY,

     Plaintiff,

v.                                                                        CASE NO. 1:06-cv-00056-MP-AK

DANIEL ADEL,
DAVID ADEL,

     Defendants.

_____/

## O R D E R

     This matter is before the Court on Doc. 35,  the parties' Joint Case Management Report.

In the Report, the parties appear to agree to all deadlines.  Accordingly, the Joint Report is

approved, and the Clerk is directed to set the appropriate deadlines from the Report.


     **DONE AND ORDERED** this  *29th*  day of June, 2006


         *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge