IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VARIABLE ANNUITY LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                      CASE NO. 1:06-cv-00056-MP-AK

DANIEL ADEL,
DAVID ADEL,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 44, the Parties' Joint Stipulation concerning the previously filed motion (doc. 22) to redact certain personally identifying information from the transcript of the hearing held April 10, 2006. Pursuant to the stipulation, it is hereby

**ORDERED AND ADJUDGED:**

1. Doc. 22, VALIC'c Motion to Redact Personal Identifiers from the Transcript of the Hearing on the Plaintiff's Motion for Temporary Injunction / Preliminary Injunction is GRANTED.

2. The court reporter is hereby ordered to make the redactions on the pages and lines set forth in the motion and to file the transcript with the Clerk's office within 30 days.

3. By agreeing to the redactions set forth in VALIC's Motion to Redact the Personal Identifiers from the Transcript of the Hearing on the Plaintiffs Motion for Temporary Injunction /Preliminary Relief, the Adels are not admitting that the individual names and the plans offered by VALIC that are requested to be redacted from the transcript are clients of VALIC or products of VALIC. The Adels are free to make their argument that the individual names and products are not trade secrets. In addition, by agreeing to the redactions, the Adels have not waived their right to argue that any of the redactions constitute trade secrets or proprietary information of VALIC.

**DONE AND ORDERED** this   *10th*   day of July, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge